**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE, ET AL.,** | **CIVIL ACTION** |
| **Plaintiffs,** | **NO.:   2:18-CV-00399** |
| **v.** | **SECTION:          J(2)** |
| **LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY, ET AL.,** | **JUDGE:          BARBIER** |
| **Defendants** | **MAGISTRATE:      CURRAULT** |

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT IV**
**BY DEFENDANTS BLUE CROSS BLUE SHIELD LOUISIANA AND ALLMED**

NOW INTO COURT, through undersigned counsel, come Defendants Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA") and AllMed Healthcare Management, Inc. ("AllMed"), who respectfully submit this Motion for Partial Summary Judgment on Count IV of the Second Amended Petition filed by Plaintiffs Academy of Allergy and Asthma in Primary Care ("AAAPC") and United Biologics, LLC d/b/a United Allergy Services ("UAS").  BCBSLA seeks an order granting partial summary judgment in favor of BCBSLA and AllMed that Count IV of the Second Amended Complaint is time-barred as a matter of law under the applicable one-year prescriptive period of La. Civ. Code art. 3492.

WHEREFORE, for the reasons set forth in the accompanying memorandum, BCBSLA and AllMed pray that their Motion for Partial Summary Judgment on Count IV of the Second Amended Petition be granted and that the Court enter an order granting partial summary judgment in favor of BCBSLA and AllMed that Count IV of the Second Amended Complaint is time-barred as a matter of law under the applicable one-year prescriptive period of La. Civ. Code art. 3492.

.

{N4373002.1}

Respectfully submitted,

*/s/ Michael C. Drew*
Michael C. Drew, T.A. (La. Bar. 30884)
Mark A. Cunningham (La. Bar. 24063)
Allison B. Kingsmill (La. Bar. 36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8276
Facsimile: (504) 589-8276
mdrew@joneswalker.com
mcunningham@joneswalker.com
akingsmill@joneswalker.com

***Counsel for Louisiana Health Service and
Indemnity Company d/b/a Blue Cross and Blue
Shield Louisiana and AllMed Healthcare
Management, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of May 2021, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will provide notice of filing to all counsel of record by electronic means.

*/s/ Michael C. Drew*

{N4373002.1}                                          2