# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY, ET AL., <br><br> Defendants | CIVIL ACTION <br><br> NO.:  2:18-CV-00399 <br><br> SECTION:  J(2) <br><br> JUDGE:  BARBIER <br><br> MAGISTRATE:  CURRAULT |

## DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF UAS'S TORTIOUS INTERFERENCE WITH CONTRACT CLAIMS

Defendants Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA"), AllMed Healthcare Management, Inc. ("AllMed"), Humana, Inc. ("Humana"), and Blue Cross and Blue Shield of Kansas, Inc. ("BCBSKS") respectfully move the Court under Federal Rule of Civil Procedure 56 for partial summary judgment, seeking judgment in Defendants' favor on Plaintiffs UAS's claims for tortious interference with contracts with respect to all 69 contracts at issue in Count III of the Second Amended Complaint.  As discussed more fully in the accompanying memorandum, that claim is time-barred.

WHEREFORE, Defendants respectfully request that the Court enter judgment in Defendants' favor on UAS's tortious interference with contracts claim in Count III of Plaintiffs' Second Amended Complaint.

Respectfully submitted,

*/s/ Michael C. Drew*
Michael C. Drew, T.A. (La. Bar. 30884)
Mark A. Cunningham (La. Bar. 24063)
Christopher K. Ulfers (La. Bar. 36712)
Allison B. Kingsmill (La. Bar. 36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8276
Facsimile: (504) 589-8276
mdrew@joneswalker.com
mcunningham@joneswalker.com
culfers@joneswalker.com
akingsmill@joneswalker.com

***Counsel for Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield Louisiana and AllMed Healthcare Management, Inc.***

*/s/ Shari Ross Lahlou*
Shari Ross Lahlou (admitted pro hac vice)
Thomas J. Miller (admitted pro hac vice)
Dechert LLP (Washington)
1900 K Street NW
Washington, DC 20006-1110
Phone: 202-261-7923
Email: shari.lahlou@dechert.com
Email: thomas.miller@dechert.com

Christopher K. Ralston (Bar #26706)
Arthur R. Kraatz (Bar #35194)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: arthur.kraatz@phelps.com

***Counsel for Humana, Inc.***

*/s/ Douglass G. Hewitt Hewitt*
Daniel J. Hofmeister, Jr. (admitted pro hac vice)
Douglass G. Hewitt (admitted pro hac vice)
Brian T. Phelps (admitted pro hac vice)
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
Phone: 312-207-1000
Fax: 312-207-6400
dhofmeister@reedsmith.com
dhewitt@reedsmith.com
bphelps@reedsmith.com

Debra H. Dermody (admitted pro hac vice)
225 Fifth Avenue
Pittsburgh, PA 15222
Phone: 412-288-3131
Fax: 412-288-3063
ddermody@reedsmith.com

M. Lenore Feeney, (La. Bar 018597)
Taylor, Porter, Brooks & Phillips LLP
451 Florida St., 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821
Phone: 225-387-3221
Fax: 225-346-8049
Lenore.Feeney@taylorporter.com

***Counsel for Blue Cross and Blue Shield of Kansas, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of May 2021, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Michael C. Drew*