UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE, ET AL. | CIVIL ACTION |
| VERSUS | NO: 18-399 |
| LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY, ET AL. | SECTION: "J" (2) |

# JUDGMENT

Considering the Court's Orders and Reasons (Rec. Docs. [481], [482]), filed herein,

IT IS ORDERED, ADJUDGED and DECREED that there be judgment in favor of Defendants, Humana, Inc., Blue Cross and Blue Shield of Kansas, Inc., Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and AllMed Healthcare Management, Inc., and against Plaintiffs, Academy of Allergy & Asthma in Primary Care and United Biologics, LLC, dismissing Plaintiffs' claims with prejudice.

New Orleans, Louisiana, this 30th day of November 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE