# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30925
_____

ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE; UNITED BIOLOGICS, L.L.C., *doing business as* UNITED ALLERGY SERVICES,

*Plaintiffs—Appellants*,

*versus*

LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, *doing business as* BLUE CROSS AND BLUE SHIELD OF LOUISIANA; HUMANA, INCORPORATED; BLUE CROSS AND BLUE SHIELD OF KANSAS, INCORPORATED; ALLMED HEALTHCARE MANAGEMENT, INCORPORATED,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-399
_____

ORDER:

IT IS ORDERED that Appellants' unopposed motion to view and obtain sealed documents is GRANTED.

_____
DON R. WILLETT
*United States Circuit Judge*